In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00460-CR
NO. 09-19-00461-CR
_____

**DOMINIQUE JUDGE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause Nos. 19-31133, 19-31134**

**MEMORANDUM OPINION**

On October 21, 2019, the trial court sentenced Dominique Judge[1] on convictions for aggravated robbery. Judge filed a notice of appeal on December 23, 2019. The trial court entered certifications of the defendant's right to appeal, in which the court certified that these are plea-bargain cases and the defendant has no

_____

[1]The trial court's certifications refer to Judge as "Dominique St Quincey Judge."

1

right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certifications to the Court of Appeals. On December 31, 2019, we notified the parties that we would dismiss the appeals unless the appellant established grounds for continuing the appeals. No response has been filed. Because the records do not contain certifications that show the defendant has the right of appeal, we must dismiss the appeals. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeals.

APPEALS DISMISSED.

PER CURIAM

Submitted on January 28, 2020
Opinion Delivered January 29, 2020
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.